David A. Rosenfeld, SBN 058163
Ezekiel D. Carder, SBN 206537
Jordan D. Mazur, SBN 257899
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501
Telephone:    (510) 337-1001
Facsimile:    (510) 337-1023
E-mail:       courtnotices@unioncounsel.net

Attorneys for Plaintiff


R. Bradford Huss, SBN 71303
Clarissa A. Kang, SBN 210660
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California  94111
Telephone:    (415) 788-3111
Facsimile:    (415) 421-2017
E-mail:       bhuss@truckerhuss.com
              ckang@truckerhuss.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the PATTERSON VEGETABLE COMPANY AND TEAMSTERS LOCAL 948 HEALTH AND WELFARE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>PATTERSON VEGETABLE COMPANY, LLC,<br><br>Defendant. | Case No. CV 12 4287 EMC<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER**<br><br>Date:        January 31, 2013<br>Time:        10:30 AM<br>Courtroom:   5, 17th Floor<br>Judge:       Hon. Edward M. Chen |

/ / /

/ / /

/ / /

1  Plaintiff Board of Trustees of the Patterson Vegetable Company and Teamsters Local 948 Health and Welfare Trust and Defendant Patterson Vegetable Company, LLC respectfully request that the Court continue the case management conference originally scheduled for January 31, 2013 at 10:30 a.m. for an additional 90 days. The parties believe such continuance will allow the parties to continue to explore whether the case may be resolved without further court proceedings.

Since the last case management conference on November 30, 2012, the parties have agreed to a confidentiality agreement to facilitate the informal production of financial documents by Defendant Patterson Vegetable Company to the Plaintiff Board of Trustees. The confidentiality agreement has been signed by Defendant and will soon be signed by Plaintiff. After the agreement is completely executed, Defendant will provide documents to Plaintiff that are intended to assist in Plaintiff's due diligence and assessment of whether further action in this case is warranted, in light of Defendant's winding down.

The parties spoke with the Court's ADR Program on January 24, 2013 and have set a further ADR phone conference for April 17, 2013.

DATED: January 24, 2013

        WEINBERG, ROGER & ROSENFELD

        By: /s/Ezekiel D. Carder
            Ezekiel D. Carder
            Attorneys for Plaintiff
            THE BOARD OF TRUSTEES, in their capacities
            as Trustees of the PATTERSON VEGETABLE
            COMPANY AND TEAMSTERS LOCAL 948
            HEALTH AND WELFARE TRUST

DATED: January 24, 2013

        TRUCKER ✦ HUSS

        By: /s/Clarissa A. Kang
            Clarissa A. Kang
            Attorneys for Defendant
            PATTERSON VEGETABLE COMPANY, LLC

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

I attest that I have obtained Mr. Carder's concurrence in the filing of this document.

DATED: January 24, 2013

/s/Clarissa A. Kang
Clarissa A. Kang

### [PROPOSED] ORDER

The Updated Joint Case Management Conference Statement and Proposed Order is hereby adopted by the Court. The Case Management Conference scheduled for January 31, 2013 is hereby removed from the calendar and continued to April 25, 2013 at 10:30 a.m. The parties shall file an updated case management statement one week prior to the case management conference.

DATED: _____1/25_____, 2013

_____
HONORABLE
UNITED STATES

*IT IS SO ORDERED*
Judge Edward M. Chen

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER; Case No. CV 12 4287 EMC
#1311271

3