1  David A. Rosenfeld, SBN 058163
   Ezekiel D. Carder, SBN 206537
2  Jordan D. Mazur, SBN 257899
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, CA  94501
   Telephone:   (510) 337-1001
5  Facsimile:   (510) 337-1023
   E-mail:   courtnotices@unioncounsel.net
6
   Attorneys for Plaintiff
7

8  R. Bradford Huss, SBN 71303
   Clarissa A. Kang, SBN 210660
9  TRUCKER ✦ HUSS
   A Professional Corporation
10 One Embarcadero Center, 12th Floor
   San Francisco, California  94111
11 Telephone:   (415) 788-3111
   Facsimile:   (415) 421-2017
12 E-mail:   bhuss@truckerhuss.com
             ckang@truckerhuss.com
13
   Attorneys for Defendant
14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17 | THE BOARD OF TRUSTEES, in their capacities as Trustees of the PATTERSON VEGETABLE COMPANY AND TEAMSTERS LOCAL 948 HEALTH AND WELFARE TRUST, | Case No. CV 12 4287 EMC
   |---|---|
   | | **UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER** |
   | Plaintiff, | |
   | vs. | Date:   January 31, 2013
   Time:   10:30 AM
   Courtroom:  5, 17th Floor
   Judge:   Hon. Edward M. Chen |
   | PATTERSON VEGETABLE COMPANY, LLC, | |
   | Defendant. | |

25 / / /

26 / / /

27 / / /

28

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER;
Case No. CV 12 4287 EMC
#1311271

1

1   Plaintiff Board of Trustees of the Patterson Vegetable Company and Teamsters Local 948
2   Health and Welfare Trust and Defendant Patterson Vegetable Company, LLC respectfully request
3   that the Court continue the case management conference originally scheduled for January 31, 2013
4   at 10:30 a.m. for an additional 90 days.  The parties believe such continuance will allow the parties
5   to continue to explore whether the case may be resolved without further court proceedings.

6   Since the last case management conference on November 30, 2012, the parties have agreed
7   to a confidentiality agreement to facilitate the informal production of financial documents by
8   Defendant Patterson Vegetable Company to the Plaintiff Board of Trustees.  The confidentiality
9   agreement has been signed by Defendant and will soon be signed by Plaintiff.  After the agreement
10  is completely executed, Defendant will provide documents to Plaintiff that are intended to assist in
11  Plaintiff's due diligence and assessment of whether further action in this case is warranted, in light
12  of Defendant's winding down.

13  The parties spoke with the Court's ADR Program on January 24, 2013 and have set a
14  further ADR phone conference for April 17, 2013.

15

16  DATED: January 24, 2013

17                                     WEINBERG, ROGER & ROSENFELD

18                              By: /s/Ezekiel D. Carder
                                    Ezekiel D. Carder
19                                  Attorneys for Plaintiff
                                    THE BOARD OF TRUSTEES, in their capacities
20                                  as Trustees of the PATTERSON VEGETABLE
                                    COMPANY AND TEAMSTERS LOCAL 948
21                                  HEALTH AND WELFARE TRUST

22  DATED: January 24, 2013
                                       TRUCKER ✦ HUSS
23

24                              By: /s/Clarissa A. Kang
                                    Clarissa A. Kang
25                                  Attorneys for Defendant
                                    PATTERSON VEGETABLE COMPANY, LLC
26

27

28

1  I attest that I have obtained Mr. Carder's concurrence in the filing of this document.

2  DATED: January 24, 2013

3  /s/Clarissa A. Kang
Clarissa A. Kang

## [PROPOSED] ORDER

The Updated Joint Case Management Conference Statement and Proposed Order is hereby adopted by the Court.  The Case Management Conference scheduled for January 31, 2013 is hereby removed from the calendar and continued to April 25, 2013 at 10:30 a.m.  The parties shall file an updated case management statement one week prior to the case management conference.

DATED: ___1/25___, 2013

HONORABLE _____
UNITED STATES _____ JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER; Case No. CV 12 4287 EMC
#1311271

3