1  R. Bradford Huss, SBN 71303
   Clarissa A. Kang, SBN 210660
2  TRUCKER ✦ HUSS
   A Professional Corporation
3  One Embarcadero Center, 12th Floor
   San Francisco, California 94111
4  Telephone:   (415) 788-3111
   Facsimile:   (415) 421-2017
5  E-mail:      bhuss@truckerhuss.com
                ckang@truckerhuss.com
6
   Attorneys for Defendant
7  PATTERSON VEGETABLE COMPANY, LLC

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 | THE BOARD OF TRUSTEES, in their | Case No. CV 12 4287 EMC
     capacities as Trustees of the PATTERSON
11 | VEGETABLE COMPANY AND | **STIPULATION AND [PROPOSED]**
     TEAMSTERS LOCAL 948 HEALTH AND | **ORDER TO CONTINUE ADR PHONE**
12 | WELFARE TRUST, | **CONFERENCE AND CASE**
     | **MANAGEMENT CONFERENCE**
13 |           Plaintiff, | **DEADLINES**

14 | vs.

15 | PATTERSON VEGETABLE COMPANY,
     LLC,
16
   |           Defendant.
17

18     Plaintiff The Board of Trustees of The Patterson Vegetable Company and Teamsters Local
19 948 Health and Welfare Trust ("Plaintiff") and Defendant Patterson Vegetable Company, LLC
20 ("Defendant") request and stipulate to continue the ADR Phone Conference set for April 18, 2013
21 at 10:30 a.m. to May 28, 2013 at 10:30 a.m. The parties further request and stipulate to continue
22 the case management conference set by the Court for April 25, 2013 at 10:30 a.m. (*see* Doc. No.
23 24) to June 27, 2013 at 10:30 a.m. The parties further request that the Court continue the current
24 April 18, 2013 deadline to file a joint case management conference statement to June 20, 2013.
25 These continuances are requested because Defendant is in the process of substituting counsel and
26 the new counsel will need additional time to become familiar with the case.
27     IT IS SO STIPULATED.
28

DATED: April 16, 2013

TRUCKER ✦ HUSS

By: /s/Clarissa A. Kang
Clarissa A. Kang
Attorneys for Defendant
Patterson Vegetable Company, LLC

DATED: April 16, 2013

WEINBERG, ROGER & ROSENFELD

By: /s/Ezekiel D. Carder
Ezekiel D. Carder
Attorneys for Plaintiff
The Board of Trustees, in their capacities as
Trustees of the Patterson Vegetable Company and
Teamsters Local 948 Health and Welfare Trust

I attest that my firm has obtained the concurrence of Ezekiel D. Carder in the filing of this document.

DATED: April 16, 2013

TRUCKER ✦ HUSS

By: /s/Clarissa A. Kang
Clarissa A. Kang
Attorneys for Defendant
Patterson Vegetable Company, LLC

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The ADR Phone Conference is continued until ~~May 28, 2013 at 10:30 a.m.~~ July 18, 2013 at 10:30 a.m. and the case management conference is continued to ~~June 27, 2013 at 10~~:30 a.m. On or before ~~June 20, 2013~~, July 11, 2013 the parties shall file a joint case management conference statement.

DATED: April 22, 2013

EDWARD M.
United States D

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR PHONE CONFERENCE AND CASE MANAGEMENT CONFERENCE DEADLINES; Case No. CV 12 4287 EMC
#133236

2

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111