R. Bradford Huss, SBN 71303
Clarissa A. Kang, SBN 210660
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone:   (415) 788-3111
Facsimile:    (415) 421-2017
E-mail:        bhuss@truckerhuss.com
                  ckang@truckerhuss.com

Attorneys for Defendant
PATTERSON VEGETABLE COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the PATTERSON VEGETABLE COMPANY AND TEAMSTERS LOCAL 948 HEALTH AND WELFARE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>PATTERSON VEGETABLE COMPANY, LLC,<br><br>Defendant. | Case No. CV 12 4287 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR PHONE CONFERENCE AND CASE MANAGEMENT CONFERENCE DEADLINES** |

Plaintiff The Board of Trustees of The Patterson Vegetable Company and Teamsters Local 948 Health and Welfare Trust ("Plaintiff") and Defendant Patterson Vegetable Company, LLC ("Defendant") request and stipulate to continue the ADR Phone Conference set for April 18, 2013 at 10:30 a.m. to May 28, 2013 at 10:30 a.m.  The parties further request and stipulate to continue the case management conference set by the Court for April 25, 2013 at 10:30 a.m. (*see* Doc. No. 24) to June 27, 2013 at 10:30 a.m.  The parties further request that the Court continue the current April 18, 2013 deadline to file a joint case management conference statement to June 20, 2013. These continuances are requested because Defendant is in the process of substituting counsel and the new counsel will need additional time to become familiar with the case.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR PHONE CONFERENCE AND CASE MANAGEMENT CONFERENCE DEADLINES; Case No. CV 12 4287 EMC
#133236

1

1  DATED: April 16, 2013

2                                                          TRUCKER ✦ HUSS

3                                         By:  /s/Clarissa A. Kang
                                               Clarissa A. Kang
4                                              Attorneys for Defendant
                                               Patterson Vegetable Company, LLC
5

6

7  DATED: April 16, 2013

8                                                          WEINBERG, ROGER & ROSENFELD

9                                         By:  /s/Ezekiel D. Carder
                                               Ezekiel D. Carder
10                                             Attorneys for Plaintiff
                                               The Board of Trustees, in their capacities as
11                                             Trustees of the Patterson Vegetable Company and
                                               Teamsters Local 948 Health and Welfare Trust
12

13

14      I attest that my firm has obtained the concurrence of Ezekiel D. Carder in the filing of this

15  document.

16  DATED:  April 16, 2013

17                                                         TRUCKER ✦ HUSS

18                                        By:  /s/Clarissa A. Kang
                                               Clarissa A. Kang
19                                             Attorneys for Defendant
                                               Patterson Vegetable Company, LLC
20

21                                       **[PROPOSED] ORDER**

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.  The ADR Phone Conference is

23  continued until ~~May 28, 2013 at 10:30 a.m.~~ and the case management conference is continued to
    July 18, 2013 at 10:30 a.m.
24  ~~June 27, 2013 at 10~~:30 a.m.  On or before ~~June 20, 2013~~, the parties shall file a joint case
                                                     July 11, 2013
25  management conference statement.

26  DATED: April __22__, 2013

27

28                                             EDWARD M.
                                               United States D[istrict Judge]

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111