Bradley W. Kampas (SBN 111639)
Joshua A. Kuns (SBN 272206)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, CA  94111
Telephone:	415-394-9400
Facsimile:	415-394-9401
E-mail: kampasb@jacksonlewis.com
E-mail: joshua.kuns@jacksonlewis.com

Attorneys for Defendant
PATTERSON VEGETABLE COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the PATTERSON VEGETABLE COMPANY AND TEAMSTERS LOCAL 948 HEALTH AND WELFARE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PATTERSON VEGETABLE COMPANY, LLC<br><br>Defendant. | CASE NO. 3:12-cv-04287-EMC<br><br>**STIPULATED REQUEST FOR ORDER AND PROP~~OS~~ED ORDER RESCHEDULING ADR PHONE CONFERENCE**<br><br>Complaint Filed:   August 16, 2012<br>Trial Date:            None set |

**I.	STIPULATION**

Plaintiff The Board of Trustees of The Patterson Vegetable Company and Teamsters Local 948 Health and Welfare Trust ("Plaintiff") and Defendant Patterson Vegetable Company, LLC ("Defendant") request and stipulate to continue the ADR Phone Conference set for May 28, 2013 at 10:30 a.m. to Thursday, May 30, 2013 at 3:30 p.m. These continuances are requested because Mediator Daniel Bowling is unavailable for the ADR phone conference previously noticed for May 28, 2013 at 10:30 a.m.

/ / /

/ / /

1     IT IS SO STIPULATED.

2

3  Dated: May 22, 2013                    WEINBERG, ROGER & ROSENFELD

4
                                    By:   /S/ Ezekiel D. Carder
5                                         _____
                                          David A. Rosenfeld
6                                         Ezekiel D. Carder
                                          Jordan D. Mazur
7                                         Attorneys for Plaintiff
                                          THE BOARD OF TRUSTEES, in their capacities as
8                                         Trustees of the PATTERSON VEGETABLE
                                          COMPANY AND TEAMSTERS LOCAL 948
9                                         HEALTH AND WELFARE TRUST

10

11 Dated: May 22, 2013                    JACKSON LEWIS LLP

12
                                    By:   /S/Bradley W. Kampas
13                                        _____
                                          Bradley W. Kampas
14                                        Joshua A. Kuns
                                          Attorneys for Defendant
15                                        PATTERSON VEGETABLE COMPANY, LLC

16     I attest that my firm has obtained the concurrence of Ezekiel D. Carder in the filing

17 of this document.

18 Dated: May 22, 2013                    JACKSON LEWIS LLP

19
                                    By:   /S/Bradley W. Kampas
20                                        _____
                                          Bradley W. Kampas
21                                        Joshua A. Kuns
                                          Attorneys for Defendant
22                                        PATTERSON VEGETABLE COMPANY, LLC

23

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Stipulation and Proposed Order                             Case No. 3:12-cv-04287-EMC
Rescheduling ADR Phone Conference

1  II.     **PROPOSED ORDER**

2              PURSUANT TO STIPULATION, IT IS SO ORDERED.  The ADR Phone

3  Conference is continued until May 30, 2013 at 3:30 p.m.

5  Dated:  _____5/24/13_____

6  _____
   HONORABLE _____
   United _____

8  4825-4655-4644, v. 1

*IT IS SO ORDERED*
*Judge Edward M. Chen*