DAVID A. ROSENFELD, Bar No. 058163
EZEKIEL D. CARDER, Bar No. 206537
JORDAN D. MAZUR, Bar No. 257899
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: courtnotices@unioncounsel.net

Attorneys for Plaintiff

BRADLEY W. KAMPAS (SBN 111639)
JOSHUA A. KUNS (SBN 272206)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone:    415-394-9400
Facsimile:    415-394-9401
E-mail: kampasb@jacksonlewis.com
E-mail: joshua.kuns@jacksonlewis.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the PATTERSON VEGETABLE COMPANY AND TEAMSTERS LOCAL 948 HEALTH AND WELFARE TRUST,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PATTERSON VEGETABLE COMPANY, LLC,<br><br>　　　　　　　Defendant. | No. C 12-04287 (EMC)<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>ORDER |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs The Board of Trustees, in their capacities as Trustees of the Patterson Vegetable Company and Teamsters Local 948 Health and Welfare Trust, and Defendant Patterson Vegetable Company, LLC, through their respective attorneys of record, hereby stipulate and agree that the above-captioned matter and all claims for relief therein may be dismissed without prejudice in its entirety. Each party agrees to bear its own costs and fees.

Dated: August 13, 2013

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Ezekiel Carder
    EZEKIEL D. CARDER
    Attorneys for Plaintiff

Dated: August 13, 2013

JACKSON LEWIS LLP

By: /s/ Bradley Kampas
    BRADLEY W. KAMPAS
    JOSHUA A. KUNS
    Attorneys for Defendant

I attest that I have obtained Mr. Kampas' concurrence in the filing of this Stipulation.

Dated: August 13, 2013

By: /s/ Ezekiel Carder
    EZEKIEL D. CARDER

132210/729801

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge



STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
Case No. C 12-04287 (EMC)